UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kashmir Khalistan Referendum Front, et al.

v.  Case Number: 4:19−cv−03532

Narendra Modi, et al.

# NOTICE OF RESETTING

**A proceeding has been set in this case as to Narendra Modi as set forth below.**

**Before the Honorable Frances H Stacy**

**PLACE:**

United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/6/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: February 7, 2020                              David J. Bradley, Clerk